UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ALAN WRIGHT                                    CIVIL ACTION NO. 14-1786-P

VERSUS                                         JUDGE S. MAURICE HICKS

WARDEN                                         MAGISTRATE JUDGE HAYES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition be deemed a successive petition for writ of *habeas corpus* and that it be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 19th day of November, 2014.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE